**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-01914-JLK

JACQUES R. BERNARD,

      Plaintiff,

  v.

OPPENHEIMERFUNDS, INC.,
a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
a New York Corporation, and
ANGELO MANIOUDAKIS,

      Defendants.

## UNOPPOSED MOTION FOR STAY

Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc. and Angelo Manioudakis (collectively "Defendants"), hereby move this Court to enter an Order to stay this case. In support of this Motion, Defendants state as follows

1. The Parties engaged in mediation on January 4-5, 2012.

2. The Parties have agreed, in principle, to a resolution of these cases.

3. The Parties anticipate that they will be able to negotiate a settlement agreement and dismiss these cases within the next 60 days.

4. Defendants request that the proceedings should be stayed through and including Friday April 13, 2012 to allow the Parties to fully document the settlement and to prepare the appropriate dismissal papers.

## **CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A**

Pursuant to D.C.Colo.L.CivR. 7.1A, this will certify that counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff consents to the relief requested.

DATED this 14th day of February, 2012.

                                  *s/ Stephanie Dunn*
                                  Stephanie E. Dunn
                                  Perkins Coie LLP
                                  1900 Sixteenth Street, Suite 1400
                                  Denver, CO  80202-5255
                                  Tel:  303.291.2300
                                  Fax:  303.291.2400
                                  Email:  sdunn@perkinscoie.com

                                  And

                                  William K. Dodds
                                  Matthew L. Larrabee
                                  Dechert, LLP-New York
                                  1095 Avenue of the Americas
                                  New York, NY 10036
                                  212-698-3500
                                  215-698-3599 (fax)
                                  Email:  william.dodds@dechert.com

                                  Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc. and Angelo Manioudakis

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2012, I electronically filed a true and correct copy of the foregoing **UNOPPOSED MOTION FOR STAY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Michael Scott Doluisio**
  michael.doluisio@dechert.com

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,sdunn-efile@perkinscoie.com

- **David Paul Neuman**
  daveneuman@stoltlaw.com

*s/ Stephanie Dunn*
Stephanie E. Dunn
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Tel:  303.291.2300
Fax:  303.291.2400
Email:  sdunn@perkinscoie.com

Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc. and Angelo Manioudakis

3