**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-01914-JLK

JACQUES R. BERNARD,

       Plaintiff,

  v.

OPPENHEIMERFUNDS, INC.,
a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
a New York Corporation, and
ANGELO MANIOUDAKIS,

       Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR STAY**

       This above-entitled matter comes before the Court on the Defendants' Unopposed Motion For Stay (doc. #8), filed February 14, 2012. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion. This matter is stayed through and including Friday April 13, 2012. If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

       DONE this 15th day of February, 2012.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    Judge John L. Kane
                                    United States District Judge